UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN TRPKOVSKI, as Personal
Representative of the Estate of
CORALEE TRPKOVSKI, dec'd.

      Plaintiff,

v.

WALMART, INC.,

      Defendant.
_____/

Case No. 23-cv-12418
Hon.: Matthew F. Leitman

## ORDER FOR AUTHORITY TO SETTLE CLAIM
## AND FOR DISTRIBUTION OF PROCEEDS

THE COURT HAVING heard Plaintiff's Motion for Approval of Settlement and Distribution of Proceeds, and otherwise advised in the premises:

The Court having inquired into the merits of this cause and found there exists sufficient reason to feel that the proposed settlement represents fair and equitable compensation;

**IT IS HEREBY ORDERED** that JOHN TRPKOVSKI, As Personal **Representative** of the Estate of Coralee Trpkovski, is empowered, authorized and directed to execute any documents necessary to settle this claim in the gross amount of $100,000.00.

**IT IS FURTHER ORDERED** that upon receipt of same, Defendant, Walmart, Inc, is **released** from any further liability.

**IT IS FURTHER ORDERED** that the following costs and attorney fees for recovery are hereby approved as reasonable and necessary for prosecution of this cause on behalf of the Plaintiff.

Now, therefore, **IT IS HEREBY ORDERED** that settlement in the gross amount of $100,000.00 is hereby APPROVED and that the proceeds of the action be distributed as follows:

- Costs payable to The Sam Bernstein Law Firm in the amount of $4,516.76

- Attorney fees payable to The Sam Bernstein Law Firm in the amount of $31,767.61;

- Medical lien asserted by Optum in the amount of $423.14;

- The balance of funds, being $63,232.39, to be paid to The Estate of Coralee Trpkovski.

**IT IS HEREBY FURTHER ORDERED** that the above matter is dismissed with prejudice and without costs as to all parties.

**This order fully disposes of all remaining issues in this matter and closes the case.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2024

Approved as to form and content:


/s/ David J. Elkin
David J. Elkin (P36161)
Attorney for Plaintiff

and

/s/ Brent R. Lockwood (with consent)
Brent R. Lockwood (P81143)
Attorney for Defendant